UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-107-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JENNIFER ANN WOODARD | ) | |

This matter having coming before the Court on the United States motion and for good cause shown, the Court hereby orders the Defendant to secure counsel or request the appointment of court-appointed counsel by no later than January 3, 2011. The Court further orders that counsel for the Defendant file a notice of appearance in the above-matter on or before January 3, 2011.

SO ORDERED this 27th day of December, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge